IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cr-30142-MJR |
| ) | |
| JOHN BALL, *et al.*, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On March 23, 2007, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Ball entered a guilty plea to the sole charge in the Indictment (Doc. 27).

By Report filed March 27, 2007, Judge Proud recommends that the undersigned District Judge accept Defendant Ball's guilty plea, find Defendant Ball guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein (Doc. 65). The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 65), **ACCEPTS** Defendant Ball's guilty plea, and **ADJUDGES** Ball guilty

of the sole offense set forth in the Indictment (violation of **21 U.S.C. § 846**).  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **SETS SENTENCING** for <u>**July 13, 2007 at 10:00 a.m.**</u>

    **IT IS SO ORDERED.**

    **DATED this 24th day of May, 2007.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**